UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEREMY JAMES ODOM,

    Plaintiff,

v.                              Case No. 3:15cv356/LC/CJK

UNITED STATES OF AMERICA,

    Defendant.

_____/

AMENDED REPORT AND RECOMMENDATION[1]

On November 20, 2015, the undersigned entered an order (doc. 2) advising plaintiff that his complaint was deficient in that it was not filed on the required Northern District form and that he failed to submit a motion to proceed *in forma pauperis* or pay the $400.00 filing/administrative fee. The undersigned informed plaintiff that his case could not proceed until his complaint was filed on the proper form and he either paid the filing fee or filed a properly completed *in forma pauperis* motion with supporting documentation. The undersigned directed the clerk of court to send plaintiff a § 1983 complaint form and complete set of forms needed for filing

---

[1] This Report and Recommendation is identical to the one entered on February 11, 2016 (doc. 4) except for the addition of the Notice to the Parties, which was inadvertently omitted from the original Report and Recommendation.

a motion to proceed *in forma pauperis* and allowed plaintiff thirty days from the date of the order in which to file an amended complaint and either submit payment in the amount of $400.00 or file the completed motion to proceed *in forma pauperis*. Plaintiff was advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed for failure to comply with an order of the court.

After more than thirty days have passed and plaintiff had not complied with the court's order, the undersigned entered another order (doc. 3) directing plaintiff to show cause within fourteen days why the matter should not be dismissed for failure to comply with an order of the court and/or failure to prosecute. More than fourteen days have passed and plaintiff has not responded to the show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and/or failure to prosecute.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 12th day of February, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:15cv356/LC/CJK

# NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 3:15cv356/LC/CJK