UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEREMY JAMES ODOM,

    Plaintiff,

v.                                                      Case No. 3:15cv356/LC/CJK

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Amended Report and Recommendation dated February 12, 2016 (doc. 5). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and/or failure to prosecute.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of March, 2016.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:15cv356/LC/CJK